FILED
U.S. DISTRICT COURT
DISTRICT NEBRASKA

2026 JUN 12  AM 11: 18

OFFICE OF THE CLERK

## UNITED STATES DISTRICT COURT

### DISTRICT OF NEBRASKA

JOSE MIGUEL NAVA NORIEGA,
A# 244-567-426,
Petitioner,

v. Case No. 8:26CV271

WARDEN OF MCCOOK DETENTION CENTER, et al.,
Respondents.

### EMERGENCY MOTION FOR IMMEDIATE RELEASE

Petitioner Jose Miguel Nava Noriega respectfully moves this Court for immediate release from immigration custody and states as follows:

1. Petitioner remains detained by Immigration and Customs Enforcement ("ICE") at McCook Detention Center in McCook, Nebraska.

2. Petitioner has remained continuously detained since approximately June 26, 2025.

3. Petitioner has no known criminal history and does not present a danger to the community.

4. Petitioner entered the United States pursuant to a CBP One appointment, sought asylum, received employment authorization, and pursued his immigration proceedings through lawful channels.

5. Petitioner voluntarily reported to an ICE office on June 26, 2025 after being instructed to do so during immigration proceedings.

6. Upon reporting as directed, Petitioner was taken into custody and has remained detained ever since.

7. Petitioner timely appealed the Immigration Judge's removal order to the Board of Immigration Appeals.

8. Upon information and belief, that appeal remains pending.

9. Despite approximately one year of detention, Petitioner has never received a meaningful individualized bond hearing before a neutral decisionmaker.

10. Petitioner was informed that he was not eligible for bond and has never been provided a meaningful opportunity to demonstrate that he is neither a danger to the community nor a flight risk.

11. Continued detention inflicts ongoing and irreparable injury through the deprivation of Petitioner's physical liberty.

12. Petitioner's continued confinement is excessive, fundamentally unfair, and inconsistent with the Due Process Clause of the Fifth Amendment.

13. The balance of equities strongly favors release because Petitioner has no known criminal history, has pursued available legal remedies, and remains willing to comply with any lawful conditions imposed by the Court.

WHEREFORE, Petitioner respectfully requests that this Court:

A. Order Petitioner's immediate release from immigration custody;

B. Alternatively, order Respondents to immediately provide Petitioner with a constitutionally adequate individualized bond hearing;

C. Grant expedited consideration of this Motion; and

D. Grant such other and further relief as this Court deems just and proper.

Respectfully submitted,

JOSE MIGUEL NAVA NORIEGA

A# 244-567-426

Date: June 08, 2026